# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HENRY ALBERT MELCHOR,<br><br>Defendant | Case No.: 23CR157-H<br><br>**JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION** |

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against Henry Albert Melchor in this case is dismissed without prejudice.

SO ORDERED.

DATED: March 21, 2023

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT COURT JUDGE